**Order entered July 26, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00360-CV

**MOLLY L. WILKERSON, Appellant**

**V.**

**MARK MALDONADO, Appellee**

## No. 05-21-00373-CV

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-51795-2021 and 366-50778-2021**

## ORDER

By order dated July 9, 2021, we directed Collin County District Clerk Lynne Finley to file a supplemental clerk's record in these two appeals as well as appellate cause number 05-21-00242-CV, a companion appeal from trial court cause number 366-53554-2020. The supplemental record was to contain a copy of

the trial court's signed order detailing findings supporting its determination that appellant is not indigent or entitled to a free reporter's record in the three appeals.

A supplemental clerk's record in each of the three appeals has been filed, but the record contains a single order bearing only trial court cause number 366-53554-2020. Accordingly, we **STRIKE** the July 22, 2021 supplemental clerk's record filed in these two appeals and **ORDER** Ms. Finley to file, no later than August 6, 2021, a supplemental clerk's record in each of these appeals containing a copy of the trial court's indigency order bearing the respective trial court cause numbers.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE